UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER STRONG,

    Plaintiff,

v.

UNKNOWN PARTY, et al.,

    Defendants.
_____/

Case No. 1:24-cv-528

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Cook, Jones, Keebaugh, and Beeler filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 26) on January 13, 2025, recommending that this Court grant the motion and that Plaintiff's claims against Defendants Cook, Jones, Keebaugh, and Beeler be dismissed without prejudice. The Report and Recommendation was duly served on the applicable parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 21) is GRANTED, and Plaintiff's remaining claims against Defendants Cook, Jones, Keebaugh, and Beeler are DISMISSED WITHOUT PREJUDICE. Defendants Cook, Jones, Keebaugh, and Beeler are therefore TERMINATED from this action.

2

Plaintiff's Eighth Amendment conditions of confinement claim against Defendant Unknown Party (named in the Complaint as John Doe 1, correctional officer) remains in this case.

Dated: February 10, 2025                                /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge

2