UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER STRONG,

    Plaintiff,

v.

    Case No. 1:24-cv-528

    HON. JANE M. BECKERING

UNKNOWN PARTY, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on March 19, 2025, recommending that this Court dismiss Plaintiff's claims against Unknown Party without prejudice and enter a final judgment concluding this case in favor of Defendants. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claim against Defendant Unknown Party (named in the Complaint as John Doe 1, correctional officer) is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

---

[1] Plaintiff is the only remaining party that has appeared to date.

objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.

Dated: April 17, 2025                    /s/ Jane M. Beckering
                                                               JANE M. BECKERING
                                                               United States District Judge